1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8
9
10

MICHAEL DEAN ADKISSON,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01934-APG-CWH

**ORDER**

11
12
13
14
15
16

17    This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

18    On April 13, 2015, this court granted a stay and administratively closed petitioner's federal

19 habeas corpus action so that he could exhaust certain grounds in his petition (Dkt. #7).

20    Petitioner's further state-court proceedings have concluded, and petitioner has now returned to

21 this court seeking to reopen this case and the appointment of counsel (Dkt. #s 9, 10, 11).[1]  Good cause

22 appearing, this action is reopened.

23    With respect to the appointment of counsel, there is no constitutional right to appointed counsel

24 for a federal habeas corpus proceeding.  *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v.*

25 *Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  The decision to appoint counsel is generally discretionary.

26

27    [1] Petitioner filed one document that he styled motion to lift stay, reopen case and renewed

28 motion for appointment of counsel, which was docketed as three motions (Dkt. #s 9, 10, 11).  The
court shall refer to the motion as Dkt. #9.

*Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims.  *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).  Here, it appears that the claims may be somewhat complex.  Additionally, petitioner is serving two consecutive life sentences without the possibility of parole.  Accordingly, petitioner's motion for appointment of counsel is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion to lift stay, reopen this action and renewed motion for counsel (Dkt. #s 9, 10, 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as the stay is lifted by this order, the Clerk shall **REOPEN THE FILE** in this action.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (Dkt. #8).  The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** a copy of this order, together with a copy of the petition for writ of habeas corpus (Dkt. #8), on respondents.  Respondents need take no action until further order by this court.

Dated this ___29th___ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-