UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL DEAN ADKISSON,<br><br>　　　　　　Petitioner,<br>v.<br><br>D.W. NEVEN, et al.,<br><br>　　　　　　Respondents. | Case No. 2:14-cv-01934-APG-CWH<br><br>ORDER |

This is a habeas petition filed under 28 U.S.C. § 2254. Before the court is respondent's motion for a more definite statement with respect to petitioner Michael Dean Adkisson's counseled, second amended petition (ECF No. 31). Respondents mainly argue that the grounds are not sufficiently pleaded and do not sufficiently cite to United States Supreme Court law. Adkisson opposed the motion (ECF No. 32), and the respondents filed a reply (ECF No. 33). Having reviewed the parties' arguments and good cause appearing,

**IT IS ORDERED** that the respondents' motion for a more definite statement (ECF No. 31) is **DENIED**.

**IT IS FURTHER ORDERED** that the respondents shall answer or otherwise respond to the second amended petition as provided in this court's order dated July 6, 2015 (ECF No. 14).

1 | **IT IS FURTHER ORDERED** that petitioner's first and second motions for extension of time to file a second amended petition (ECF Nos. 26 and 27) are both **GRANTED** *nunc pro tunc*.

Dated: May 3, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE