RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ARMILLA STALEY-NGOMO
Assistant Federal Public Defender
California State Bar No. 259686
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Armilla_Staley-Ngomo@fd.org

Attorney for Petitioner MICHAEL DEAN ADKISSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DEAN ADKISSON,<br><br>    Petitioner,<br><br>v.<br><br>D.W. NEVEN,<br><br>    Respondents. | Case No. 2:14-cv-01934-APG-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ANSWER**<br><br>**(First Request)**<br><br>**ORDER** |

Petitioner Michael Dean Adkisson moves this Court for an extension of time of sixty (60) days from April 28, 2017, to and including June 27, 2017, to file his Reply to Respondents' Answer. This motion is based upon the attached declaration of counsel and the files and records in this case.

DATED this 25th day of April, 2017.

                                                    Respectfully submitted,
                                                    RENE L. VALLADARES
                                                    Federal Public Defender

                                                    */s/ Armilla Staley-Ngomo*
                                                    ARMILLA STALEY-NGOMO
                                                    Assistant Federal Public Defender

## DECLARATION OF ARMILLA STALEY-NGOMO

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ARMILLA STALEY-NGOMO, hereby declare under penalty of perjury that the following is true and correct:

1. On August 25, 2015, Mr. Adkisson filed an Amended Petition and Supporting Exhibits in this matter. ECF 16-21. On August 27, 2015, Assistant Federal Public Defender Melanie Gavisk filed a Notice of Change of Attorney. ECF 23. Ms. Gavisk had previously filed a Notice of Representation on July 2, 2015. ECF 13. On February 10, 2016, Mr. Adkisson filed his Second Amended Petition, Supporting Exhibits, and a Notice of Manual Filing. ECF 28-30. On May 16, 2016, Respondents filed their Motion to Dismiss and Supporting Exhibits. ECF 36-42. On August 1, 2016, Mr. Adkisson filed his Opposition to Respondents' Motion to Dismiss. ECF 45. On August 4, 2016, Respondents filed their Reply to the Opposition. ECF 46. On February 13, 2017, this Court issued an order denying Respondents' Motion to Dismiss. ECF No. 48. Respondents filed their Answer on March 29, 2017. ECF No. 49. Mr. Adkisson's Reply to Respondent's Answer is currently due on April 28, 2017.

2. Due to Ms. Gavisk's impending departure from my office, I (Armilla Staley-Ngomo) filed a Notice of Appearance in this matter on August 9, 2016. ECF 47. However, I was on maternity leave from July 25, 2016 through October 26, 2016, and was unable to work on this matter during that period of time. Because of reorganization in the Federal Public Defender's Office, I was newly assigned nearly twenty cases upon my return from maternity leave in October of 2016 which have required my attention.

2

3. More specifically, I have been assigned several pre-petition habeas corpus matters, at least four of which have AEDPA time remaining on their claims. These pre-petition matters have resulted in numerous initial client visits at various Nevada state prisons over a condensed period of time, including at High Desert State Prison in Indian Springs; Northern Nevada Correctional Center in Reno; Lovelock Correctional Center in Lovelock; and Ely State Prison in Ely. In addition, the client visits in Reno, Ely and Lovelock necessitate a flight to and an overnight stay in Reno, as my offices are located in Las Vegas.

4. The Nevada Department of Corrections currently houses Mr. Adkisson at the Northern Nevada Correctional Center in Reno. For the reasons stated above, I was unable to travel to visit Mr. Adkisson in person until March 16, 2017. I also have a previously scheduled visit with four clients at Ely State Prison this week, as well as to visit two clients at High Desert State Prison and two clients at Lovelock Correctional Center over the coming weeks.

5. The requested extension of time is therefore necessary in order to effectively and thoroughly represent Mr. Adkisson. This is a complex habeas corpus matter involving a second degree murder conviction. I need additional time to review the voluminous files and records in this case related to Mr. Adkisson's extensive trial, post-conviction, and appellate court proceedings—which span over a period of twelve years. Mr. Adkisson's federal habeas record also includes a second amended petition that is 48 pages in length, including 148 supporting exhibits totaling more than 2,650 pages, and an answer that is 64 pages in length.

6. In addition, I have been busy working on other pressing deadlines, including: several amended petitions, at least four of which have AEDPA time remaining on their claims; a federal habeas petition filed last month that involved murder and attempted murder counts and has a second amended petition due in

June; a reply to an answer filed earlier this month; another federal habeas corpus petition involving the violent habitual felon statute filed earlier this month; two oppositions to motions to dismiss due next month; and a Ninth Circuit argument in June.

7. For the reasons stated above, as well as the files and records in this case, I ask this Court to grant my request for an extension of time of sixty (60) days and order the Reply to the Answer to be filed on or before June 27, 2017. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Mr. Adkisson. This is counsel's first request for an extension for this pleading.

8. On April 24, 2017, Deputy Attorney General Matthew S. Johnson indicated that he had no objection to this request.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 25th day of April, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

/s/ Armilla Staley-Ngomo
ARMILLA STALEY-NGOMO
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: April 26, 2017.