RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ARMILLA STALEY-NGOMO
Assistant Federal Public Defender
California State Bar No. 259686
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Armilla_Staley-Ngomo@fd.org

Attorney for Petitioner MICHAEL DEAN ADKISSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DEAN ADKISSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D.W. NEVEN,<br><br>　　　　Respondents. | Case No. 2:14-cv-01934-APG-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ANSWER**<br><br>(Second Request)<br><br>**ORDER** |

Petitioner Michael Dean Adkisson, by and through his counsel of record, Assistant Federal Public Defender Armilla Staley-Ngomo, hereby moves this Court for an extension of time of ten (10) days, from June 27, 2017, to and including July 7, 2017, to file his Reply to Respondents' Answer. This motion is based upon the attached declaration of counsel and the files and records in this case.

DATED this 23rd day of June, 2017.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　*/s/ Armilla Staley-Ngomo*
　　　　　　　　　　　　　　　　　ARMILLA STALEY-NGOMO
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

# DECLARATION OF ARMILLA STALEY-NGOMO

STATE OF NEVADA    )
                   )  ss:
COUNTY OF CLARK    )

I, ARMILLA STALEY-NGOMO, hereby declare under penalty of perjury that the following is true and correct:

1. On August 25, 2015, Mr. Adkisson filed an Amended Petition and Supporting Exhibits in this matter. ECF 16-21. On August 27, 2015, Assistant Federal Public Defender Melanie Gavisk filed a Notice of Change of Attorney. ECF 23. Ms. Gavisk had previously filed a Notice of Representation on July 2, 2015. ECF 13.

2. On February 10, 2016, Mr. Adkisson filed his Second Amended Petition, Supporting Exhibits, and a Notice of Manual Filing. ECF 28-30. On May 16, 2016, Respondents filed their Motion to Dismiss and Supporting Exhibits. ECF 36-42. On August 1, 2016, Mr. Adkisson filed his Opposition to Respondents' Motion to Dismiss. ECF 45. On August 4, 2016, Respondents filed their Reply to the Opposition. ECF 46. On February 13, 2017, this Court issued an order denying Respondents' Motion to Dismiss. ECF No. 48. Respondents filed their Answer on March 29, 2017. ECF No. 49. Mr. Adkisson's Reply to Respondent's Answer is currently due on June 27, 2017.

3. Due to Ms. Gavisk's impending departure from my office, I (Armilla Staley-Ngomo) filed a Notice of Appearance in this matter on August 9, 2016. ECF 47. However, I was on maternity leave from July 25, 2016 through October 26, 2016, and was unable to work on this matter during that period of time. Because of reorganization in the Federal Public Defender's Office, I was newly assigned nearly

twenty cases upon my return from maternity leave in October of 2016 which have required my attention.

4. More specifically, I was assigned several pre-petition habeas corpus matters, at least four of which had AEDPA time remaining on their claims. Four of those amended petitions were filed within the last month, along with two oppositions to motions to dismiss. The pre-petition matters also required me to schedule and attend numerous initial client visits at various Nevada state prisons over a condensed period of time, including at High Desert State Prison in Indian Springs; Northern Nevada Correctional Center in Carson City; Lovelock Correctional Center in Lovelock; and Ely State Prison in Ely. In addition, the client visits in Carson City, Ely and Lovelock necessitated a flight to and an overnight stay in Reno, as my offices are located in Las Vegas.

5. The Nevada Department of Corrections currently houses Mr. Adkisson at the Northern Nevada Correctional Center in Carson City. For the reasons stated above, I was unable to visit Mr. Adkisson in person until March 16, 2017. I also had previously scheduled visits with several clients at Ely State Prison, High Desert State Prison, and Lovelock Correctional Center that required my immediate attention after I met with Mr. Adkisson.

6. The requested extension of time is therefore necessary to effectively and thoroughly represent Mr. Adkisson. This is a complex habeas corpus matter involving a second degree murder conviction. I therefore need additional time to review the voluminous files and records in this case related to Mr. Adkisson's extensive trial, post-conviction, and appellate court proceedings—which span over a period of twelve years. Mr. Adkisson's federal habeas record also includes a second amended petition that is 48 pages in length, including 148 supporting exhibits totaling more than 2,650 pages in length, and an answer that is 64 pages in length.

7. For the reasons stated above, as well as the files and records in this case, I ask this Court to grant my request for an extension of time of ten (10) days and order the Reply to Respondents' Answer to be filed on or before July 7, 2017. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Mr. Adkisson. This is counsel's second request for an extension for this pleading.

8. On June 19, 2017, Deputy Attorney General Matthew S. Johnson indicated that he had no objection to this request.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of June, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Armilla Staley-Ngomo*
ARMILLA STALEY-NGOMO
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: 6/23/2017