# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL DEAN ADKISSON,<br><br>Petitioner,<br>v.<br>D.W. NEVEN, et al.,<br><br>Respondents. | Case No. 2:14-cv-01934-APG-CWH<br><br>**ORDER** |

This is a counseled habeas petition filed under 28 U.S.C. § 2254. Before the court is petitioner's motion to file a supplemental reply in support of his petition in light of the recent Ninth Circuit Court of Appeals decision in *Rodriguez v. McDonald*, 872 F.3d 908 (9th Cir. 2017). Good cause appearing,

**IT IS ORDERED** that petitioner's motion to file a supplemental reply (ECF No. 65) is **GRANTED**. Petitioner shall file his supplemental reply within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that respondents shall file their response, if any, within **thirty (30) days** of the date of service of the supplemental reply.

DATED: 27 February 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE