Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Jason F. Carr
Assistant Federal Public Defender
Nevada State Bar No. 006587
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Jason_carr@fd.org

Attorney for Petitioner Adkisson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Michael Dean Adkisson,<br><br>       Petitioner,<br><br>v.<br><br>D.W. Neven,<br><br>       Respondents. | Case No. 2:14-cv-01934-APG-CWH<br><br>**Unopposed Motion for Extension of Time to File Reply to State's Opposition to Motion to Stay Decision Pending State Court Proceedings**<br><br>**ORDER** |

Petitioner Michael Dean Adkisson moves this Court for an extension of time of seven (7) days, from August 15, 2018, to and including August 22, 2018, to file his Reply to State's Opposition to Motion to Stay Decision Pending State Court Proceedings. This motion is based upon the attached points and authorities and the files and records in this case.

| | |
|---|---|
| 1 | <u>Points and Authorities</u> |
| 2 | On July 25, 2018, Petitioner filed a Motion to Stay Decision Pending State |
| 3 | Court Proceeding. ECF No. 77. Respondents filed their Opposition on August 8, 2018. |
| 4 | ECF No. 78. |
| 5 | Petitioner's response to the Respondents' opposition to the motion to stay is |
| 6 | currently due August 15, 2018. This is a first request for an extension of time. Mr. |
| 7 | Carr, Petitioner's counsel, seeks an extension of seven (7) days. |
| 8 | An extension of time to file the opening brief is necessary given Mr. Carr's |
| 9 | obligations in other cases, including oral argument before the Ninth Circuit Court of |
| 10 | Appeals in San Francisco, CA, on August 16, 2018, in *Joshlin v. Neven*, CA No. 16- |
| 11 | 16669. |
| 12 | Counsel contacted counsel for Respondents, Amanda Sage, concerning this |
| 13 | motion. She advised she is not opposed to Mr. Carr's request. |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |

Counsel respectfully asks this Court to grant Mr. Carr's request for an extension of time to and through August 22, 2018.

Dated August 15, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Megan C. Hoffman for:*
Jason F. Carr
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: August 17, 2018.