Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Jason F. Carr
Assistant Federal Public Defender
Nevada State Bar No. 006587
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Jason_carr@fd.org

Attorney for Petitioner Adkisson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DEAN ADKISSON,<br><br>    Petitioner,<br><br>v.<br><br>D.W. NEVEN,<br><br>    Respondents. | Case No. 2:14-cv-01934-APG-CWH<br><br>**Motion for Extension of Time to File Reply to State's Opposition to Motion to Stay Decision Pending State Court Proceedings** |

Petitioner Michael Dean Adkisson moves this Court for an extension of time of thirty (30) days, from April 30, 2019, to and including May 30, 2019, to file his Reply to State's Opposition to Motion to Stay Decision Pending State Court Proceedings. This motion is based upon the attached points and authorities and the files and records in this case.

This is Adkisson's first request for an extension.

# POINTS AND AUTHORITIES

On April 4, 2019, Petitioner filed a Motion to Stay Decision Pending State Court Proceeding. ECF No. 82. Respondents filed their Opposition on April 23, 2019. ECF No. 83.

Petitioner's response to the Respondents' opposition to the motion to stay is currently due April 30, 2019. This is a first request for an extension of time. Mr. Carr, Petitioner's counsel, seeks an extension of thirty (30) days.

In addition to other pending deadlines, counsel is scheduled to conduct a telephonic conference with Adkisson on May 1, 2019. Mr. Carr would prefer to file the reply after consulting with Adkisson as he has taken an active role in his litigation.

Further, on April 30, and May 1, 2019, the Federal Public Defender has arranged for in-house training on the Sentencing Guidelines and categorical approach.

Counsel has not yet heard from opposing counsel as to whether they intend to object to this request. The Attorney General, however, does not object to reasonable extension requests provided it is clear that said non-opposition does not constitute an explicit or implicit waiver of any procedural or substantive defenses.

Counsel respectfully asks this Court to grant Mr. Carr's first request for an extension of time to and through May 30, 2019.

Dated April 30, 2019.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Jason F. Carr*
Jason F. Carr
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 1, 2019.