UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DEAN ADKISSON, | Case No.: 2:14-cv-01934-APG-CWH |
| Petitioner | |
| v. | **ORDER** |
| D.W. NEVEN, et al., | |
| Respondents | |

Respondents seek a brief extension of time to file a response to Michael Dean Adkisson's motion for leave to file a third-amended habeas corpus petition (ECF No. 118). Good cause appearing,

I ORDER that respondents' motion for extension of time (ECF No. 118) is **GRANTED**. Respondents must file their response to petitioner's motion for leave to file a third-amended habeas corpus petition on or before February 17, 2022.

Dated: February 16, 2022

_____
U.S. District Judge Andrew P. Gordon